

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

## No. 07-21-00053-CR

---

AUTRY MADISON CAMPOS-DOWD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 29,545-A, Honorable Dan L. Schaap, Presiding

---

April 15, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Autry Madison Campos-Dowd, attempts to appeal the trial court's judgment adjudicating her guilty of the offense of assault on a family or household member. We dismiss the appeal for want of jurisdiction.

Appellant was sentenced on November 2, 2020. Because appellant did not file a motion for new trial, her notice of appeal was due within thirty days after sentence was imposed, i.e., by December 2, 2020. *See* TEX. R. APP. P. 26.2(a)(1). Appellant filed a notice of appeal on March 19, 2021.

The timely filing of a written notice of appeal is a jurisdictional prerequisite to hearing an appeal. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). If a notice of appeal is not timely filed, an appellate court has no option but to dismiss the appeal for want of jurisdiction. *Id.*

The State has filed a motion to dismiss the untimely appeal. In response, appellant states that she mistakenly failed to include this cause in her notice of appeal filed in a separate case and requests permission to file an out-of-time appeal. This court has no authority to grant her request, however. That authority rests with the Court of Criminal Appeals through application for writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015).

Accordingly, we grant the State's motion and dismiss this appeal for want of jurisdiction.

Per Curiam

Do not publish.